*DENIED*
*Judge James Ware*

10/14/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFINO ADOLFO, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLIED WASTE INDUSTRIES, INC., a corporation, ALLIED WASTE NORTH AMERICA, INC., a corporation, ALLIED WASTE OF CALIFORNIA, INC., a corporation, ALLIED WASTE SYSTEMS, INC., a corporation and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. CV 10-03465 JW<br><br>**ORDER TO EXTEND DATE FOR CASE MANAGEMENT CONFERENCE** |

The request to extend the case management conference is DENIED. The parties shall file their Joint Case Management Conference statement on or before **October 22, 2010.** The Case Management Conference remains on calendar for **November 1, 2010 at 10:00 AM** as previously set.

Dated: October 14, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

608405

1