*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
2/24/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RUFINO ADOLFO, an individual )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALLIED WASTE INDUSTRIES, )<br>INC., a corporation, ALLIED )<br>WASTE OF NORTH AMERICA, )<br>INC., a corporation, ALLIED )<br>WASTE OF CALIFORNIA, INC., )<br>a corporation, and ALLIED WASTE )<br>SYSTEMS, INC., a corporation, )<br>)<br>Defendants. ) | CV-10-03465-JW<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AS MODIFIED BY THE COURT |

The foregoing stipulation of the parties having been presented to the court and good cause appearing therefor,

IT IS SO ORDERED AS MODIFIED:

The Court continues the Case Management Conference to **April 11, 2011 at 10 a.m.** On or before **April 1, 2011**, the parties shall either file a Stipulated Dismissal or a Joint Statement updating the Court on the status of their settlement. To the extent the parties require additional time to complete their settlement, the parties shall specify the time needed.

Dated: February __24__, 2011

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER           -~~2~~-