IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rufino Adolfo, | NO. C 10-03465 JW |
| Plaintiff, v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Allied Waste Industries, Inc., et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on April 11, 2011. On April 1, 2011, the parties filed a Joint Statement Regarding Settlement Status. (See Docket Item No. 22.) In their Joint Statement, the parties contend that they are "continuing to work toward settlement." (Id. at 1.) They further contend that they "have agreed that, if this matter does not settle by . . . Friday, April 8, 2011, Defendant [sic] will file a dispositive motion on April 11, 2011." (Id. at 1-2.)

In light of the parties' representation, the Court finds good cause to VACATE the April 11 Conference. The Court sets **April 25, 2011 at 10 a.m.** as a Status Conference Re. Settlement. On or before **April 15, 2011**, the parties shall either file a Stipulated Dismissal or a Joint Statement updating the Court on the status of their settlement efforts. To the extent the parties require additional time to complete their settlement, the parties shall specify the time required.

Dated: April 6, 2011

JAMES WARE
United States District Chief Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Elizabeth M. Townsend etownsend@steptoe.com
   Mark Gerard Kisicki mkisicki@steptoe.com
3  Stephen R. Jaffe stephenrjaffe@gmail.com

4
   **Dated: April 6, 2011**                    **Richard W. Wieking, Clerk**
5

6                                              **By:   /s/ JW Chambers**
                                                   **Elizabeth Garcia**
7                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California