1  STEPHEN R. JAFFE   CSBN 49539
   Stephen.R.Jaffe@JaffeTrialLaw.com
2  THE JAFFE LAW FIRM
   101 California Street
3  Suite 2450
   San Francisco, CA 94111
4  415-618-0100
   415-618-0080 fax
5
   Attorneys for Plaintiff
6  RUFINO ADOLFO

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          SOUTHERN DIVISION
10

11
   **RUFINO,**                          CV-10-03465-EJD
12
              Plaintiff,                STIPULATION FOR DISMISSAL OF
13      vs.                             ENTIRE ACTION WITH PREJUDICE

14 **ALLIED WASTE INDUSTRIES, INC.,**   and
   **et al.,**
15                                      [~~PROPOSED~~] ORDER DISMISSING
              Defendants.                ACTION WITH PREJUDICE
16

17

18

19

20

21

22

23

24

25

26

STIPULATION FOR DISMISSAL and ORDER

1  The parties stipulate as follows:

2  (1) The action has been settled by the parties.

3  (2) Pursuant to the settlement, the court may enter a dismissal of this entire action

4  with prejudice.

5  Dated: July 29, 2011                THE JAFFE LAW FIRM

10                                     By: _____/s/_____
                                           Stephen R. Jaffe SBN 49539
11                                         Attorneys for Plaintiff

13  Dated: July 29, 2011                STEPTOE & JOHNSON LLP

17                                     By: _____/s/_____
                                           Mark G. Kisicki SBN 150057
                                           Attorneys for All Defendants

STIPULATION FOR DISMISSAL and ORDER        -1-

1 ~~[PROPOSED]~~ **ORDER DISMISSING ACTION WITH PREJUDICE**

The foregoing stipulation having been presented by counsel for all parties and good cause appearing,

IT IS ORDERED:

This entire action, and each cause of action therein, is hereby dismissed with prejudice. The Clerk shall close this file.

Dated: August 2, 2011

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE